KIRCHES, Respondent, v. KLEINERT, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Henry Kirches against Albert E. Kleinert. No opinion. Judgment of the Municipal Court affirmed, with costs.

KORCHIK, Respondent, v. KROTKY, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by John Korchik against Katrina Krotky. No opinion. Judgment and order unanimously affirmed, with costs.

KOSTER, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by William Koster, Jr., against Harry G. Smith. No opinion. Judgment of the Municipal Court affirmed, with costs.

KOVACS v. SCHUYLER. (Supreme Court, Appellate Term. December 9, 1908.) Appeal from City Court of New York, Trial Term. Action by Adolf Kovacs against Ackley C. Schuyler. From a judgment for plaintiff, defendant appeals. Affirmed. U. W. Tompkins, for appellant. J. C. Brand, for respondent.

PER CURIAM. Judgment affirmed, with costs.

· MacLEAN, J. (dissenting). Passing by the question whether a man who has in effect blindfolded himself by an armful of tabourettes, obscuring his view, and walks into an elevator shaft left open by himself, of which it is not shown he has used the familiar precautionary devices to prevent accident, may be considered under any view to be free from contributory negligence, it was error to admit, for the purpose of attacking the defendant's credibility, a postal card of which he had no knowledge, the statement whereupon was not shown to have been made upon knowledge.

In re KRAEMER'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) In the matter of proving the last will and testament of Annie Kraemer, deceased.

PER CURIAM. Decree affirmed, with costs. McLENNAN, P. J., not sitting.

KRIKORIAN v. KRIKORIAN. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Mary Krikorian against Tatois J. Krikorian. No opinion. Motion granted, unless appellant pay $10 costs and be ready for argument at the January term. Order filed.

LAKE, Respondent, v. LAKE, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Grace M. Lake against L. Frank Lake.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., dissents, upon the ground that ' no· counsel fee should be awarded while the plaintiff is shown to have $2,000 of the defendant's money. See, also, 124 App. Div. 89, 108 N. Y. Supp. 964.

LAKE, Respondent, v. LAKE, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Grace M. Lake against L. Frank Lake. No opinion. Motion granted, and question certified as follows: "Did the Special Term have power to award the plaintiff any sum as counsel fee in the order made?" See, also, 124 App. Div. 89, 108 N. Y. Supp. 964.

LANDES v. HART et al. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by George Landes against Charles F. Hart and another. No opinion. Motion denied, on payment of $10 costs. Order filed.

LA RUE, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Charles La Rue against Frederick J. Wheeler. No opinion. Motion granted, without costs.

LEOPOLD v. BAUM. (Supreme Court, Appellate Term. December 16, 1908.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Catherine Leopold against David M. Baum. From a judgment for defendant, plaintiff appealed. Affirmed. See, also, 110 N. Y. Supp. 1054. Theall & Beam, for appellant. Isaac V. Schavrien, for respondent.

HENDRICK, J. The testimony shows that the parties to this action treated the various payments of rent as payable on the 1st of each month for one month in advance, and not as payable on the 15th of the month. By these payments the rent for the month of September, 1907, was fully paid. It may be that a claim exists in favor of the former landlord; but there is no assignment of that claim, and it is not sued upon here. Judgment affirmed, with costs. All concur.

In re LEWIS. (Supreme Court, Appellate Division, First Department. December 11, 1908.) In the matter of Mary Lewis, deceased.

PER CURIAM. Order (60 Misc. Rep. 643, 113 N. Y. Supp. 1112) reversed, with costs, on the authority of Matter of Lansing, 182 N. Y. 238, 74 N. E. 882, and Matter of Haggerty (Nov., 1908) 112 N. Y. Supp. (Sup.) 1017. Settle order on notice.

HOUGHTON, J., dissents.

LINDEMANN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Emil Lindemann against the Nassau Electric Railroad Company. No opinion. Motion granted, with $10 costs, unless the appellant perfect its appeal within 10 days, place the cause on the calendar in time for the next term of this court, and be ready for argument · when reached, in which case the motion is denied.